```
                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA


VINCENT P. GULOTTA AND                    CIVIL ACTION
CHERYLLYNN GULOTTA HIPPS


VERSUS                                    NO: 06-9260


STATE FARM FIRE AND CASUALTY              SECTION: "J"(3)
COMPANY, ET AL.
```

**ORDER AND REASONS**

Before the Court is Plaintiff's **Motion to Remand (Rec. Doc. 3)**. State Farm Fire and Casualty Company ("State Farm") opposed this motion, which is set for hearing on March 7, 2007 on the briefs alone.  Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that for the same reasons set forth by the undersigned in <u>Ron-Del Floor Service, Inc. v. St. Paul Travelers Insurance Company</u>, 2006 WL 3437527 (E.D. La. 2006), relating to the improper joinder of adjusters Gaynell J. Martin Insurance Company, Plaintiff's motion to remand should be denied and the claims against Charles A. Legarde, Jr. should be dismissed.  Accordingly,

    **IT IS ORDERED** that Plaintiff's **Motion to Remand (Rec. Doc. 3)** should be and hereby is **DENIED.**

    **IT IS FURTHER ORDERED** that Plaintiffs' claims against

1

Charles A. Legarde, Jr. are hereby **DISMISSED**.

New Orleans, Louisiana this 6th day of March, 2007.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE